IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>LOUIS TORRES,<br><br>　　　　　　　　Defendant. | CASE NO. 1:22-MJ-00014-SAB<br><br>[PROPOSED] ORDER UNSEALING COMPLAINT, ARREST WARRANT AND AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the complaint, arrest warrant, and affidavit in the above-captioned matter be, and are, hereby ordered unsealed.

Dated: **Jan 20, 2022**

_____
STANLEY A. BOONE
U.S. MAGISTRATE JUDGE