PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
4550 California Ave., Suite 640
Bakersfield, CA 93309
Telephone:  (661) 489-6150
Facsimile:   (661) 489-6151

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:22-CR-00034-DAD-BAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER |
| v. | |
| LOUIS TORRES, | DATE: March 23, 2022 TIME: 1:00 p.m. COURT: Hon. Magistrate Judge Barbara A. McAuliffe |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was scheduled for a status conference on March 23, 2022.

2.      By this stipulation, the parties move to continue the status conference until June 8, 2022, or the Court's earliest convenience, and to exclude time from calculation under the Speedy Trial Act between March 23, 2022, and June 8, 2022.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      Initial discovery was provided to defendant on or about February 7, 2022, consisting of 156 Bates-stamped items, including reports of investigation, body worn camera recordings, photographs, laboratory report and a summary of defendant's criminal history.

b)      Counsel for defendant desires additional time to review discovery, consult with

1     his client, conduct investigation and research related to the charges, and to otherwise prepare for

2     trial.

3           c)       Counsel for defendant believes that failure to grant the above-requested

4     continuance would deny him the reasonable time necessary for effective preparation, taking into

5     account the exercise of due diligence.

6           d)       Based on the above-stated findings, the ends of justice served by continuing the

7     case as requested outweigh the interest of the public and the defendant in a trial within the

8     original date prescribed by the Speedy Trial Act.

9           e)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

10    et seq., within which trial must commence, the time period of March 23, 2022 to June 8, 2022,

11    inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results

12    from a continuance granted by the Court request on the basis of the Court's finding that the ends

13    of justice served by taking such action outweigh the best interest of the public and the defendant

14    in a speedy trial.

15

16   / / /

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22

23

24

25

26

27

28

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act provide that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  March 9, 2022                              PHILLIP A. TALBERT
                                                   United States Attorney


                                                   /s/ CHRISTOPHER D. BAKER
                                                   CHRISTOPHER D. BAKER
                                                   Assistant United States Attorney


Dated:  March 9, 2022                              /s/ STEVEN L. CRAWFORD
                                                   STEVEN L. CRAWFORD
                                                   Counsel for Defendant
                                                   LOUIS TORRES


## ORDER

IT IS SO ORDERED that the status conference is continued from March 23, 2022, to **June 8, 2022, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).


IT IS SO ORDERED.

Dated:   **March 14, 2022**              /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE