PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
4550 California Ave., Suite 640
Bakersfield, CA 93309
Telephone: (661) 489-6150
Facsimile: (661) 489-6151

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>LOUIS TORRES,<br><br>            Defendant. | CASE NO. 1:22-CR-00034-DAD-BAM<br><br>STIPULATION TO SCHEDULE CHANGE OF PLEA HEARING; ORDER<br><br>DATE: April 25, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. District Judge Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On April 4, 2022, the parties filed a plea agreement. ECF No. 20.

2. The parties request the Court schedule a change of plea hearing for April 25, 2022.

3. By previous order, the Court excluded time from calculation under the Speedy Trial Act through and including June 8, 2022. ECF No. 19.

4. The parties additionally request the Court vacate the status conference currently scheduled before the Honorable Magistrate Judge Barbara A. McAuliffe on June 8, 2022.

/ / /

/ / /

/ / /

1

IT IS SO STIPULATED.

Dated: April 6, 2022                  PHILLIP A. TALBERT
                                                     United States Attorney

                                                       /s/ CHRISTOPHER D. BAKER
                                                       CHRISTOPHER D. BAKER
                                                       Assistant United States Attorney

Dated: April 6, 2022                  /s/ STEVEN L. CRAWFORD
                                                       STEVEN L. CRAWFORD
                                                       Counsel for Defendant
                                                       LOUIS TORRES

**ORDER**

IT IS SO ORDERED.

Dated: **April 6, 2022**   _____
                                                     UNITED STATES DISTRICT JUDGE